

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00138-CR

Homero **HERRERA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 13-11-07314-MCR
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The State's second motion for extension of time is GRANTED. The State's brief is due July 22, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court